# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FOSTER,<br><br>                              Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                            Defendant. | CASE NO. 15cv2515-GPC(PCL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Dkt. No. 3.] |

    On November 6, 2015, Plaintiff Diane Foster ("Plaintiff") filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act along with a motion to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a). (Dkt. Nos. 1, 3). All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a).

    Here, Plaintiff submitted a declaration reporting that she is not presently employed and she has not worked since 2006. (Dkt. No. 3 at 2.) She declares that she receives food stamps and child support in the amount of $410.28 per month. (Id.) She does not have any bank accounts. (Id.) She owns a 2001 Ford Explorer. (Id.) She does not own any real estate, stocks, or other financial instruments. (Id. at 3.) She has

debt in the amount of $253.58 per month.  (Id.)  Based on these facts, Plaintiff has sufficiently demonstrated that she is unable to pay the required filing fee and meets the requirements to proceed IFP.  Therefore, the Court GRANTS Plaintiff's motion to proceed IFP.

    IT IS SO ORDERED.

DATED:  November 6, 2015

HON. GONZALO P. CURIEL
United States District Judge